UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUSTIN BAKER,

               Plaintiff,

    v.

AVENUE 5 RESIDENTIAL, et al.,

               Defendants.

Case No. C24-0300-JCC

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

    Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 5, is GRANTED. The Clerk is directed to send copies of this order to the parties and to the assigned District Judge.

    Dated this 11th day of March, 2024.

                                                  *S. Kate Vaughan*
                                                  S. KATE VAUGHAN
                                                  United States Magistrate Judge