THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN BAKER,<br><br>             Plaintiff,<br><br>   v.<br><br>AVENUE5 RESIDENTIAL, *et al.*,<br><br>            Defendants. | CASE NO. C24-0300-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's request for an extension of the Rule 4(m) service deadline (Dkt. No. 21). Having shown good cause, the deadline is extended to 90 days from the date of this order.

DATED this 4th day of June 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C24-0300-JCC
PAGE - 1