THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN BAKER, | CASE NO. C24-0300-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AVENUE5 RESIDENTIAL, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's additional request for an extension of the Rule 4(m) service deadline (Dkt. No. 23). Showing good cause, the Court further EXTENDS the deadline for 30 days. Plaintiff is advised that the Court will consider no further requests to extend the service deadline in this matter.

DATED this 3rd day of September 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C24-0300-JCC
PAGE - 1